IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **04-cv-01724-JLK**

**KEMAL WOODS, et al.,**

    Plaintiffs,

v.

**AMPCO SYSTEM TRANSPORTATION, INC., et al.,**

    Defendants.

---

ORDER

---

KANE, J.

After careful review of Defendants' June 13, 2005, *Motion to Dismiss and/or for Summary Judgment as to Plaintiffs' Second Claim for Relief*, I DENY the Motion to Dismiss on its merits and DENY the Motion for Summary Judgment on grounds that it is premature. I agree with Plaintiffs that discovery should be allowed to proceed on Plaintiffs' fraud claim because it may reveal information that would support the contention that the claim is not preempted by Plaintiffs' collective bargaining agreement.

I caution Plaintiffs that this conclusion is reached applying the exceedingly liberal standard for motions to dismiss in this circuit. *See Sutton v. Utah State Sch. for Deaf & Blind*, 173 F.3d 1226, 1236 (10th Cir. 1999)(court's function on a Rule 12(b)(6) is

not to weigh potential evidence, but to assess the potential validity of plaintiff's complaint on its face). Should discovery yield insufficient factual support to avoid the CBA's preclusive effect, judgment will enter against Plaintiffs and in favor of Defendants on Plaintiffs' Second Claim for Relief and Plaintiffs may be charged with Defendants' costs.

Defendants' *Motion to Dismiss* (Doc. No. 20) is **DENIED** and the *Motion for Summary Judgment* (Doc. 20) is **DENIED WITHOUT PREJUDICE** to its being refiled at the close of discovery. Plaintiffs' *Motion for Hearing on Defendants' Motion to Dismiss or for Summary Judgment* (Doc. 26) is **DENIED** as **MOOT**.

Dated July 26, 2005.	**s/John L. Kane**
	SENIOR U.S. DISTRICT COURT JUDGE