IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **04-cv-01724-JLK**

**KEMAL WOODS, et al.,**

    Plaintiffs,

v.

**AMPCO SYSTEM TRANSPORTATION, INC., et al.,**

    Defendant.

### MINUTE ORDER

Judge John L. Kane **ORDERS**

The Stipulated Motion for Protective Order Concerning Confidential Information (doc. #28), filed August 3, 2005, is DENIED with leave to re-file with a form of order consistent with Judge Kane's standard form of protective order (available on the court's website at [www.cod.uscourts.gov.](http://www.cod.uscourts.gov) ). Select Judicial Officer's Procedures, then scroll down to Judge Kane's "Form Protective Order". Please note the language contained in paragraph 11 re: *Nixon v. Warner* standards.

_____

Dated: August 8, 2005