IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **04-cv-01724-JLK**

**KEMAL WOODS, et al.,**

    Plaintiffs,

v.

**AMPCO SYSTEM TRANSPORTATION, INC., et al.,**

    Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    Plaintiffs' Motion to File Amended Complaint (Doc. 32) is GRANTED. Defendants may move to dismiss the wage claim, as pleaded, if appropriate.

Dated: September 28, 2005