IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **04-cv-1724-JLK**

**KEMAL WOODS, et al.,**

    Plaintiffs,

v.

**AMPCO SYSTEM TRANSPORTATION, INC., et al.,**

    Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    Defendants' Motion for Leave to Exceed the Seven Hour Time Limit in Order to Complete the Deposition of Plaintiff Kemal Woods (Doc. # 50), filed January 25, 2006, is **GRANTED**. The deposition of Plaintiff Woods will continue without time limitation until completed. Counsel and parties are advised that any further difficulties in taking depositions will result in those depositions being taken in open court.

Dated: February 7, 2006.