IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01724-JLK-MEH

KEMAL WOODS, QUINTON SMITH, ASSEFA MOLLA, WONDWOSEN
MEKURIA, BOUBACAR DIALLO, and ABDULLAH ABDULRAHMAN,
          Plaintiffs,
v.

AMPCO SYSTEM TRANSPORTATION SERVICES and MIKE LOTFI,
and M.S. CLARK ENTERPRISES, INC. a/k/a NATIONWIDE PARKING SERVICES, INC.,
          Defendants.

## ORDER RE: DEFENDANTS' MOTION FOR LEAVE TO AMEND ANSWER TO ADD AFFIRMATIVE DEFENSES

THIS MATTER having come before this Court upon Defendants' Motion for Leave to Amend Answer to Add Additional Affirmative Defenses and Certificate of Compliance with D.C.COLO.LcivR 7.1(A), and having been so advised in the premises,

IT IS HEREBY ORDERED that Defendants' Motion is GRANTED.  Defendants' tendered Second Amended Answer of Defendants Ampco System Transportation Services and Mike Lotfi, to Plaintiffs' Amended Complaint is accepted for filing.

DONE THIS 7th DAY OF June, 2006.

          BY THE COURT:

          S/John L. Kane
          United States District Court Judge