IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **04-cv-1724-JLK**

**KEMAL WOODS, et al.,**

    Plaintiffs,

v.

**AMPCO SYSTEM TRANSPORTATION, INC., et al.,**

    Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    Plaintiffs' Motion to File a Surresponse (doc. #76), filed July 15, 2006, is GRANTED. Plaintiffs' surresponse is limited to 10 pages and is due no later than August 15, 2006. Defendants may file a rejoinder not to exceed 5 pages on or before August 25, 2006.

Dated: July 18, 2006.