IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **04-cv-01724-JLK-MEH**

**KEMAL WOODS,**
**QUINTON SMITH,**
**ASSEFA MOLLA,**
**WONDWOSEN MEKURIA,**
**BOUBACAR DIALLO, and**
**ABDULLAH ABDULRAHMAN**,

       Plaintiffs,

v.

**AMPCO SYSTEM TRANSPORTATION SERVICES and**
**MIKE LOTFI, and**
**M.S. CLARK ENTERPRISES, INC. a/k/a NATIONWIDE PARKING SERVICES, INC.**,

       Defendants.

---

## ORDER OF DISMISSAL

Kane, J.

Pursuant to the Stipulated Dismissal With Prejudice (doc. #100), filed November 14, 2006, it is

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**, the parties to bear their own costs and attorney fees.

Dated this 22nd day of November, 2006.

                                BY THE COURT:

                                *S/John L. Kane*
                                JOHN L. KANE, SENIOR JUDGE
                                UNITED STATES DISTRICT COURT